No. 72–6914. ROBBINS *v.* TENNESSEE. Ct. Crim. App. Tenn. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the decision of the Supreme Court of Tennessee in *Franklin* v. *Tennessee,* 496 S. W. 2d 885. MR. JUSTICE DOUGLAS would grant certiorari and set case for oral argument.

No. A–335. HEUTSCHE *v.* UNITED STATES. C. A. 7th Cir. Reapplication for bail presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application.

No. A–352 (73–5426). O'REILLY *v.* UNITED STATES. C. A. 8th Cir. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–420. WARDEN, LEWISBURG PENITENTIARY *v.* MARRERO. C. A. 3d Cir. Motion of respondent to vacate stay entered by MR. JUSTICE BRENNAN on October 25, 1973, denied.

No. A–421. KAPLAN *v.* AMALGAMATED LITHOGRAPHERS OF AMERICA, LOCAL ONE, ET AL. C. A. 3d Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.